# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY K. CASEY, an individual,<br><br>                              Plaintiff,<br>  vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation, and Does 1 through 10, inclusive,<br><br>                              Defendants. | **CASE NO. 09-CV-2516 H (WMC)**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

On November 9, 2009, Plaintiff Kelley K. Casey filed a complaint against Defendant United Healthcare Insurance Company. (Doc. No. 1.) On December 18, 2009, Plaintiff and Defendant filed a joint motion to extend time to answer or otherwise respond to Plaintiff's complaint. (Doc. No. 5.) The Court, for good cause shown, grants the Parties' joint motion and orders that Defendant must answer or otherwise respond to Plaintiff's complaint by January 20, 2010.

**IT IS SO ORDERED**.

DATED: December 22, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record